**Roger P. KARL, et al., Appellant–
Respondents,**

v.

**Sylvia CONNER, et al, Respondent–
Appellants.**

**Nos. WD 75429, WD 75430.**

Missouri Court of Appeals,
Western District.

May 20, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied June
24, 2014.

Application for Transfer Denied
Aug. 19, 2014.

R. Gregory Harrison, Liberty, MO, for
appellant.

James R. Brown and Bruce B. Brown,
Kearney, MO, for respondent.

Before Division Four: JAMES E.
WELSH, Chief Judge, Presiding, LISA
WHITE HARDWICK, Judge and
GERALD D. McBETH, Special Judge.

ORDER

PER CURIAM.

This appeal and cross-appeal arise from
a judgment that set aside certain deeds
executed by Francis Karl, Sr. due to a
finding of undue influence. For reasons

explained in a Memorandum provided to the parties, we find no error and affirm the judgment

AFFIRMED. Rule 84.16(b).